**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Alfredo Mendoza,<br><br>    Petitioner,<br><br>vs.<br><br>Dora B. Schriro; Arizona Attorney General,<br><br>    Respondents. | No. CV-06-2985-PHX-PGR (MEA)<br><br><u>ORDER</u> |

The Court having reviewed *de novo* the Report and Recommendation of Magistrate Judge Aspey, filed April 14, 2007, notwithstanding that no party has filed any objection to the Report and Recommendation,

IT IS ORDERED that the Magistrate Judge's Report and Recommendation (doc. #9) is accepted and adopted by the Court.

IT IS FURTHER ORDERED that the petitioner's Petition for Writ of Habeas Corpus by a Person in State Custody Pursuant to 28 U.S.C. § 2254 (doc. #1) is denied and that this action is dismissed with prejudice. The Clerk of the Court

/ / /

/ / /

- 1 -

1 | shall enter judgment accordingly.

2 |     DATED this 7th day of June, 2007.

*/s/ Paul G. Rosenblatt*
Paul G. Rosenblatt
United States District Judge